"O"

FILED
CLERK, U.S. DISTRICT COURT

NOV 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| MANUEL MELENDREZ, | ) Case No. CV 08-01888 PA (AN) |
|---|---|
| Petitioner, | ) |
| v. | ) ORDER APPROVING AND ADOPTING |
| JOSEPH WOODRING, Warden | ) REPORT AND RECOMMENDATION OF |
| Respondent. | ) UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"), *de novo*. IT IS ORDERED that:

1. The R&R is approved and adopted.
2. Respondent's Motion to Dismiss the Petition is granted.
3. Judgment shall be entered dismissing the Petition without prejudice.
4. Any and all other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: November 14, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE