ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MANUEL MELENDREZ, | Case No. CV 08-01888 PA (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| JOSEPH WOODRING, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action be dismissed without prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: November 14, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY